# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| SYLVIA BOUTTE § | |
| § | |
| V. § | NO. 1:07-CV-493 |
| § | |
| STANDARD GUARANTY INSURANCE § | |
| COMPANY, WILLIAM LAWRENCE § | |
| TRAHAN, and OCWEN LOAN § | |
| SERVICING, INC. § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on July 19, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the joint motion to dismiss pursuant to settlement filed jointly by plaintiff, Sylvia Boutte, and defendants Standard Guaranty Insurance Company and William Lawrence Trahan. No objections to the magistrate judge's report and recommendation have been filed. It is therefore

**ORDERED** that the magistrate judge's report is hereby **ADOPTED**.

**SIGNED** this the 9 day of **November, 2009.**

_____
Thad Heartfield
United States District Judge